UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JOHN ANTHONY CASTRO,

   Plaintiff,

v.                                                    Civ. No. 23-766 MLG/GJF

MAGGIE TOULOUSE OLIVER and
DONALD JOHN TRUMP,

   Defendants.

**ORDER DENYING WITHOUT PREJUDICE
DEFENDANT DONALD J. TRUMP'S MOTION TO EXCEED PAGE LIMIT**

THIS MATTER is before the Court upon Defendant Donald John Trump's Motion to Exceed Page Limit [ECF 16] ("Motion"). The Motion fails to state "whether [it] is opposed." D.N.M.LR-Civ. 7.1(a). Furthermore, even if the Motion is unopposed, it was not "accompanied by a proposed order approved by each party." D.N.M.LR-Civ. 7.2. Consequently, the Court will summarily deny the Motion. *See* D.N.M.LR-Civ. 7.1(a). The Court will, however, permit the filing of a subsequent motion that complies with this District's Local Rules.

**IT IS THEREFORE ORDERED** that Defendant Donald John Trump's Motion to Exceed Page Limit [ECF 16] is **SUMMARILY DENIED WITHOUT PREJUDICE**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE