UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JOHN ANTHONY CASTRO,

    Plaintiff,

v.                                          Civ. NO. 1:23-cv-00766-GJF-MLG

MAGGIE TOULOUSE OLIVER and
DONALD JOHN TRUMP.

    Defendants.

## NOTICE OF GOOD STANDING

I certify pursuant to Local Rule 83.3 that Gary Lawkowski is admitted to practice law in and is an attorney in good standing in the below:

| Court | Date | Bar # |
|---|---|---|
| Supreme Court of Virginia | October 31, 2011 | 82329 |
| U.S. Eastern District of Virginia | On or about November 23, 2021 | |
| U.S. District Court District of Columbia | January 3, 2022 | VA125 |
| U.S. District Court Western District of Virginia | January 20, 2022 | |
| U.S. Court of Appeals for the Fourth Circuit | March 31, 2022 | |
| U.S. Supreme Court | April 25, 2022 | 315998 |
| U.S. Court of Appeals for the District of Columbia | May 18, 2022 (on or about) | 63692 |
| U.S. Court of Appeals for the Fifth Circuit | June 8, 2022 | |
| U.S. Court of Appeals for the Sixth Circuit | January 12, 2023 | |
| U.S. Court of Appeals for the First Circuit | March 14, 2023 | 1207310 |

| | | |
|---|---|---|
| U.S. Court of Appeals for the Second Circuit | March 27, 2023 | |
| U.S. Court of Appeals for the Eleventh Circuit | May 26, 2023 | 025956192 (EDF Number) |

| State Bar | Date | Bar # |
|---|---|---|
| Virginia | October 14, 2011 | 82329 |
| D.C. | March 29, 2022 | 1781747 |

CARUSO LAW OFFICES, P.C.
By: */s/ Mark J. Caruso*
Mark J. Caruso, Esq.
Caruso Law Offices, PC
*Attorney for Plaintiff*
4302 Carlisle, NE
Albuquerque, NM 87107
Tel: (505) 883-5000
Fax: (505) 883-5012
mark@carusolaw.com