IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOHN ANTHONY CASTRO<br>12 Park Place, Mansfield, TX 76063<br><br>    Plaintiff,<br><br>v.<br><br>SECRETARY OF STATE MAGGIE<br>TOULOUSE OLIVER<br>325 Don Gaspar, Ste 300, Santa Fe, NM 87501<br><br>DONALD JOHN TRUMP<br>1100 S. Ocean Blvd, Palm Beach, FL 33480<br><br>    Defendants. | Case No. 1:23-cv-00766 |

## NOTICE OF NEW SUPPLEMENTAL AUTHORITY FROM
## THE FIRST CIRCUIT

Plaintiff John Anthony Castro, in his appeal before the U.S. Court of Appeals for the First Circuit, has submitted, pursuant to Fed. R. App. P. 40 and 35, a Petition for Panel Rehearing and Rehearing *En Banc* to address numerous facts overlooked and law misapprehended by the First Circuit in order to fully develop the record prior to a *Writ of Certiorari* to the U.S. Supreme Court.

Plaintiff is making the Court aware of the mistakes made by the First Circuit in order to build the record for possible appeal here in the Tenth Circuit.

The First Circuit overlooked many key pre-filing facts and misapprehended the applicable law, which included, but was not limited to, evidence of digital campaign activities via Plaintiff's Presidential campaign website that was targeted toward New Mexico voters, evidence of social media digital campaign activities introduced by Donald John Trump, and evidence in the Verified Complaint's Verification Page of statements of intent regarding ballot-placed candidacy and their

1

analytical importance under the U.S. Supreme Court holding in *Golden v. Zwickler*[1] and 10th Circuit holding in *Columbian Financial Corp. v. BancInsure, Inc.*[2], to incorrectly conclude that Plaintiff's campaign activities were "nonexistent." Miniscule and insignificant and not synonymous with "nonexistent." However, the First Circuit understood that miniscule and insignificant would still be recognized as an injury under U.S. v. SCRAP, so it concluded the activities were "nonexistent" even though the record clearly established otherwise just as it does in this case as well.

Dated: November 30, 2023.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ *John Anthony Castro*
　　　　　　　　　　　　　　　　　　　　John Anthony Castro
　　　　　　　　　　　　　　　　　　　　12 Park Place
　　　　　　　　　　　　　　　　　　　　Mansfield, TX  76063
　　　　　　　　　　　　　　　　　　　　(202) 594 – 4344
　　　　　　　　　　　　　　　　　　　　J.Castro@JohnCastro.com
　　　　　　　　　　　　　　　　　　　　**Plaintiff *Pro Se***

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I John Anthony Castro, verify under penalty of perjury, that the all of the statements of fact and law herein are true and correct.

Executed on November 30, 2023.

　　　　　　　　　　　　　　　　　　　　/s/ John Anthony Castro
　　　　　　　　　　　　　　　　　　　　John Anthony Castro

---

[1] *See* 394 U.S. 103 (1969).
[2] *See* 650 F.3d 1372, 1378 (10th Cir. 2011).

**CERTIFICATE OF SERVICE**

On November 30, 2023, I submitted the foregoing document with the Clerk of this Court either by mail, email, or CM/ECF. It is further certified that all other parties are registered CM/ECF users and will be served via that system.

*/s/ John Anthony Castro*
John Anthony Castro
