UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOHN ANTHONY CASTRO,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　Case No. 1:23-cv-00766-GJF-MLG

**SECRETARY OF STATE MAGGIE**
**TOULOUSE OLIVER, and**
**DONALD JOHN TRUMP,**

    **Defendants.**

## ENTRY OF APPEARANCE

Hall Monagle Huffman & Wallace, LLC (Levi A. Monagle), and hereby enters his appearance as counsel for Amici Curiae in the above-captioned matter.

Respectfully submitted:

HALL MONAGLE
HUFFMAN & WALLACE, LLC

*/s/ Levi A. Monagle 12/18/23*
LEVI A. MONAGLE
122 Wellesley Dr SE
Albuquerque, NM 87106
(505) 255-6300, (505) 255-6323 Fax

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2023, I ensured the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all parties of record.

*/s/ Levi A. Monagle*
Levi A. Monagle